

1  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
2  FENWICK & WEST LLP
   555 California Street, 12th Floor
3  San Francisco, CA  94104
   Telephone:    (415) 875-2300
4  Facsimile:    (415) 281-1350

5  KAREN WEBB (CSB NO. 233370)
   kwebb@fenwick.com
6  FENWICK & WEST LLP
   Silicon Valley Center
7  801 California Street
   Mountain View, CA  94041
8  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
9

10 Attorneys for Plaintiff
   INTEL CORPORATION
11

FILED

2008 JUL 16, PM 4: 50

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

'08 CV 1281 W AJB

12            UNITED STATES DISTRICT COURT

13            SOUTHERN DISTRICT OF CALIFORNIA

14 INTEL CORPORATION, a Delaware          ) Case No.
   corporation,                           )
15                    Plaintiff,          ) **COMPLAINT FOR DAMAGES AND**
                                          ) **INJUNCTIVE RELIEF**
16            vs.                         )
                                          ) **DEMAND FOR JURY TRIAL**
17 BARRY HOOD dba INTELLELECTRIC,         )
                                          )
18                    Defendant.          )
                                          )
19 _____ )

20      Plaintiff Intel Corporation ("Intel") alleges as follows:

21      1.    This action arises from use of the name and mark "Intellelectric" by Barry Hood, doing

22 business as Intellelectric ("Intellelectric"), in connection with electrical services.

23      2.    By using the identical and world famous trademark INTEL in its name and mark with

24 the generic term "electric," Intellelectric has caused and is likely to continue to cause confusion that

25 Intel is the source or sponsor of Intellelectric's services, or that there is an association between Intel

26 and Intellelectric.  In addition, Intellelectric's acts are causing, and/or are likely to cause, dilution of

27 the INTEL trademark.  Consequently, Intel seeks injunctive relief and damages under the Lanham Act

28 (15 U.S.C. §§ 1051-1127 *et seq.*), federal false designation of origin law (15 U.S.C. § 1125(a)), the

Complaint for Damages and Injunctive Relief

1  Trademark Dilution Revision Act (15 U.S.C. § 1125(c)), California Business and Professions Code

2  Sections 14245, 14247, and 17200, and the common law doctrines of passing off and unfair

3  competition.

4  **I.    JURISDICTION**

5      3.    This Court has personal jurisdiction over Intellelectric because it conducts business in

6  the State of California and, on information and belief, within this judicial district.

7      4.    This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C.

8  §§ 1331, 1332, 1338 and 1367.  Intel's claims are, in part, based on violations of the Lanham Act, as

9  amended, 15 U.S.C. §§ 1051-1127.  The Court has jurisdiction over the state law claims pursuant to 28

10  U.S.C. §§ 1332, 1338(b), and 1367.

11  **II.   THE PARTIES**

12      5.    Plaintiff Intel is a Delaware corporation having its principal place of business at 2200

13  Mission College Boulevard, Santa Clara, California.  Intel is widely recognized as a world leader in

14  high-technology products and services.  Intel's products and services are sold worldwide and

15  throughout the United States, including the Southern District of California.

16      6.    Upon information and belief, Defendant Barry Hood dba Intellelectric has a residence

17  and principal place of business at 316 Palomino Road, Fallbrook, California 92028.   Intellelectric

18  offers electrical services.  Upon information and belief, Intellelectric has customers in California and

19  targets consumers within this state.

20  **III.  INTEL'S BUSINESS AND MARKS**

21      7.    Intel is a world-famous company that develops, manufactures and sells a wide variety of

22  computing, communications, and Internet-related products and services.  Intel's customers include

23  individual consumers, businesses, schools, and the government.

24      8.    For 40 years, Intel has used INTEL as a trade name, trademark and service mark to

25  identify virtually its entire line of products and services.  INTEL is one of the most valuable and

26  respected names and trademarks in the world, and among the most famous names and trademarks in

27  the technology industry.  Indeed, the Wall Street Journal has regularly recognized the INTEL mark as

28  one of America's most valuable brand names.  Similarly, from 1996 to the present, Fortune Magazine

---

1    has annually celebrated Intel as one of the top ten "Most Admired Corporations in America" – an

2    honor Intel has shared alongside such companies as General Electric, Microsoft and Coca-Cola.  In

3    2007, the INTEL brand was ranked seventh in the world in Interbrand's Best Global Brands survey,

4    with an estimated value of $31 billion.

5        9.    Intel's processors and other technology have a wide variety of applications, including in

6    home networking.

7        10.    Intel uses INTEL as its "house mark" on or in connection with virtually every product

8    and service it sells.  Intel also regularly uses its INTEL house mark in conjunction with hundreds of

9    other generic terms as the name of a particular product or service.  Thus, consumers are accustomed to

10    seeing the INTEL mark combined with generic terms to identify products and services that originate

11    from Intel.  In 2007 alone, Intel sold over $38.3 billion of INTEL branded goods and services and, in

12    the last twelve years, Intel has sold over $364 billion of products and services under the INTEL name

13    and mark.

14        11.    Intel is the owner of numerous U.S. and California trademark registrations for the mark

15    INTEL, including the following:

16        a.    Intel is the owner of U.S. Trademark Registration Nos. 914,978 and 938,772 issued

17    on June 15, 1971 and July 25, 1972, respectively, for the mark INTEL for use in connection with

18    integrated circuits, registers and semiconductor memories and equipment for the testing and

19    programming thereof.  These registrations, duly and legally issued by the United States Patent and

20    Trademark Office, are valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the

21    notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  Copies of these

22    registrations are attached hereto as Exhibits 1 and 2.

23        b.    Intel is the owner of U.S. Trademark Registration No. 939,641 issued on August 1,

24    1972 for the mark INTEL for use in connection with integrated circuits, registers, and semiconductor

25    memories.  This registration, duly and legally issued by the United States Patent and Trademark

26    Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of

27    registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

28    attached hereto as Exhibit 3.

Complaint for Damages and Injunctive Relief          -3-

1          c.    Intel is the owner of U.S. Trademark Registration No. 1,022,563, issued on October

2    14, 1975, for the mark INTEL for use in connection with microcomputers, microcontrollers, and

3    microprocessors. This registration, duly and legally issued by the United States Patent and Trademark

4    Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of

5    registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

6    attached hereto as Exhibit 4.

7          d.    Intel is the owner of U.S. Trademark Registration No. 1,573,324, issued on

8    December 26, 1989, for the mark INTEL for use in connection with printed material, namely, technical

9    manuals, pamphlets, user and product manuals, all of which relate to the field of information and data

10   technology and semiconductor devices. This registration, duly and legally issued by the United States

11   Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

12   Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy

13   of this registration is attached hereto as Exhibit 5.

14         e.    Intel is the owner of U.S. Trademark Registration No. 1,723,243, issued on

15   October 13, 1992, for the mark INTEL for use in connection with metal key rings, watches, note paper,

16   note cards, posters, microprocessor chip die plot prints as art prints, pencils, ball point pens, ink pens

17   and stationery folders; plastic key chain tags; mugs and water bottles sold empty, jigsaw puzzles, golf·

18   balls, golf tees and golf ball markers. This registration, duly and legally issued by the United States

19   Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

20   Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy

21   of this registration is attached hereto as Exhibit 6.

22         f.    Intel is the owner of U.S. Trademark Registration No. 1,725,692, issued on

23   October 20, 1992, for the mark INTEL for use in connection with, among other things, sports bags,

24   gym bags and carry-on bags; towels, and clothing. This registration, duly and legally issued by the

25   United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

26   U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. §

27   1111. A copy of this registration is attached hereto as Exhibit 7.

28

Complaint for Damages and Injunctive Relief          -4-

1          g.  Intel is the owner of U.S. Trademark Registration No. 2,171,778, issued on July 7,

2  1998, for the mark INTEL for use in connection with, among other things, computer operating system

3  software, computer hardware, integrated circuits, integrated circuit chips, microprocessors, printed

4  circuit boards, video circuit boards, audio-video circuit boards, video graphic accelerators, multimedia

5  accelerators, video processors, computer hardware and software for the development, maintenance, and

6  use of interactive audio-video computer conference systems, and computer hardware and software for

7  the receipt, display and use of broadcast video, audio and data signals.  This registration, duly and

8  legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the

9  notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this

10  registration is attached hereto as Exhibit 8.

11          h.  Intel is the owner of U.S. Trademark Registration No. 2,194,121 issued on

12  October 6, 1998, for the mark INTEL for use in connection with printed materials, namely, books,

13  magazines, newsletters, journals, operating manuals, users guides, pamphlets, and brochures about, for

14  use with and directed to users of, computer operating system software; computer operating programs;

15  computer system extensions; computer system tools; computer system utilities; computer application

16  software; computer firmware; computer hardware; computer peripherals; computer components;

17  integrated circuits; integrated circuit chips; semiconductor processors; semiconductor processor chips;

18  microprocessors; printed circuit boards; electronic circuit boards; computer memory devices;

19  semiconductor memory devices; video circuit boards; audio circuit boards; audio-video circuit boards;

20  video graphic accelerators; multimedia accelerators; video processors; fax/modems; computer

21  hardware and software for the transmission and receipt of facsimiles; computer hardware and software

22  for the development, maintenance, and use of local and wide area computer networks; computer

23  hardware and software for the development, maintenance, and use of interactive audio-video computer

24  conference systems; computer hardware and software for the receipt, display, and use of broadcast

25  video, audio, and digital data signals; and computer hardware and software for development, testing,

26  programming, and production of hardware and software.  This registration, duly and legally issued by

27  the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of

28

1  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

2  attached hereto as Exhibit 9.

3          i.    Intel is the owner of U.S. Trademark Registration No. 2,251,962 issued on June 8,

4  1999, for the mark INTEL for use in connection with clocks, jewelry, cuff links, key chains, necklaces,

5  necktie fasteners, lapel pins, pendants, piggy banks, trophies and watches. This registration, duly and

6  legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the

7  notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this

8  registration is attached hereto as Exhibit 10.

9          j.    Intel is the owner of U.S. Trademark Registration No. 2,251,961 issued on June 8,

10  1999, for the mark INTEL for use in connection with binders, bookends, boxes for pens, calendars,

11  tablets, note cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils, folders,

12  paperweights, pen and pencil holders, photograph stands, erasers, markers, desk sets, and desk

13  organizers. This registration, duly and legally issued by the United States Patent and Trademark

14  Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant

15  to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit 11.

16          k.    Intel is the owner of U.S. Trademark Registration No. 2,250,491 issued on June 1,

17  1999, for the mark INTEL for use in connection with travel bags, luggage, school bags, back packs,

18  beach bags, duffel bags, fanny packs, and umbrellas. This registration, duly and legally issued by the

19  United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of

20  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

21  attached hereto as Exhibit 12.

22          l.    Intel is the owner of U.S. Trademark Registration No. 2,254,525 issued on June 15,

23  1999, for the mark INTEL for use in connection with T-shirts, shirts, sweatshirts, jackets, headwear,

24  hats, polo shirts and infant rompers. This registration, duly and legally issued by the United States

25  Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its

26  INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit 13.

27          m.    Intel is the owner of U.S. Trademark Registration No. 2,261,531 issued on

28  July 13, 1999, for the mark INTEL for use in connection with toys, namely, stuffed toys, toys, plush

---

Complaint for Damages and Injunctive Relief          -6-

1    toys, dolls, bean bags and Christmas tree ornaments. This registration, duly and legally issued by the

2    United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of

3    registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

4    attached hereto as Exhibit 14.

5              n. Intel is the owner of U.S. Trademark Registration No. 2,276,580 issued on

6    September 7, 1999 for the mark INTEL for use in connection with mugs and sports bottles. This

7    registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

8    subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

9    § 1111. A copy of this registration is attached hereto as Exhibit 15.

10             o. Intel is the owner of U.S. Trademark Registration No. 2,446,693, issued on

11   April 24, 2001, for the mark INTEL for use in connection with, among other things, computers,

12   computer hardware, software for use in operating and maintaining computer systems, microprocessors,

13   integrated circuits, computer chipsets, computer motherboards, computer graphics boards, computer

14   networking hardware, video circuit boards, apparatus and equipment for recording, processing,

15   receiving, reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging

16   and/or enhancing sound, video images, graphics, and data, electronic control boxes for the interface

17   and control of computer and global computer networks with television and cable broadcast equipment,

18   and computer programs for recording, processing, receiving, reproducing, transmitting, modifying,

19   compressing, decompressing, broadcasting, merging, and/or enhancing sound, video, images, graphics,

20   and data. This registration, duly and legally issued by the United States Patent and Trademark Office,

21   is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15

22   U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit 16.

23             p. Intel is the owner of U.S. Trademark Registration No. 2,462,327, issued on June 19,

24   2001, for the mark INTEL for use in connection with, among other things, computer hardware and

25   software for use in imaging and photographic applications. This registration, duly and legally issued

26   by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of

27   registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

28   attached hereto as Exhibit 17.

---

1          q.   Intel is the owner of U.S. Trademark Registration No. 2,585,551, issued on June 25,

2   2002, for the mark INTEL for use in connection with, among other things, computer hardware

3   installation and repair services, maintenance of hardware for local and wide area computer networks,

4   maintenance of hardware for conference interactive audio-video computer conference systems,

5   education and entertainment services, computer diagnostic services, maintenance and updating of

6   computer software.  This registration, duly and legally issued by the United States Patent and

7   Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL

8   mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit 18.

9          r.   Intel is the owner of U.S. Trademark Registration No. 2,742,174, issued on July 29,

10   2003, for the mark INTEL for use in connection with, among other things, computer related and

11   communications related services, namely, installation, repair, maintenance, support and consulting

12   services for computer related and communications related goods.  This registration, duly and legally

13   issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice

14   of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

15   attached hereto as Exhibit 19.

16          s.   Intel is the owner of U.S. Trademark Registration No. 3,029,954, issued on

17   December 13, 2005, for the mark INTEL for use in connection with, among other things,

18   semiconductor and microprocessor cartridges, internet and web servers, internet and web caching

19   servers, wireless and remote computer peripherals, computer hardware and software for enabling web

20   portals, computer hardware and software for digital encryption, identification and certification, and

21   computer consultation services, namely, web design and development services.  This registration, duly

22   and legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses

23   the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this

24   registration is attached hereto as Exhibit 20.

25          t.   Intel is the owner of U.S. Trademark Registration No. 3,136,102, issued on

26   August 29, 2006, for the mark INTEL for use in connection with, among other things,

27   telecommunication services, namely electronic and digital transmission of data, documents, audio and

28   video via computer terminals.  This registration, duly and legally issued by the United States Patent

Complaint for Damages and Injunctive Relief          -8-

1  and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its

2  INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit 21.

3         u. Intel is the owner of U.S. Trademark Registration No. 3,173,391, issued on

4  November 21, 2006, for the mark INTEL for use in connection with, among other things,

5  telecommunications consulting services. This registration, duly and legally issued by the United States

6  Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its

7  INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit 22.

8         v. Intel is the owner of California State Trademark Registration No, 63565, issued on

9  May 15, 1981 for the mark INTEL for use in connection with integrated circuits, registers and

10  semiconductor memories, and test and programming equipment for such products. This registration,

11  duly and legally issued by the State of California, is valid and subsisting. A copy of this registration is

12  attached hereto as Exhibit 23.

13         w. Intel is the owner of California State Trademark Registration No, 94220, issued

14  on June 18, 1991 for the mark INTEL for use in connection with printed material, namely technical

15  manuals, pamphlets, user and product manuals, all of which relate to the field of information and data

16  technology and semiconductor devices. This registration, duly and legally issued by the State of

17  California, is valid and subsisting. A copy of this registration is attached hereto as Exhibit 24.

18         x. Intel is the owner of California State Trademark Registration No, 94221, issued on

19  June 18, 1991 for the mark INTEL for use in connection with integrated circuits, registers and

20  semiconductor memories. This registration, duly and legally issued by the State of California, is valid

21  and subsisting. A copy of this registration is attached hereto as Exhibit 25.

22         12.    In addition to using INTEL as a trade name, a trademark, and a service mark, Intel also

23  owns a large family of marks that incorporate INTEL as a prominent component of the mark. For

24  example, in 1991, Intel developed and launched a cooperative advertising and licensing program

25  referred to as the "Intel Inside® Program." As part of this program, Intel adopted and began to use the

26  trademarks INTEL INSIDE and INTEL INSIDE & SWIRL Logo (collectively referred to as the

27  "INTEL INSIDE marks"). Additionally, it licensed the INTEL INSIDE marks to PC manufacturers to

28  communicate to the end customer that its products, such as personal desktop computers, laptop

Complaint for Damages and Injunctive Relief     -9-

1   computers and workstations, were designed with genuine Intel microprocessors. Among Intel's many

2   thousands of OEM ("Original Equipment Manufacturers") licensees worldwide are giants of the

3   computer industry such as Dell, Gateway, Hewlett-Packard, IBM, and Sony. Intel's OEM licensees

4   have undoubtedly sold many billions of dollars worth of computer products bearing the INTEL

5   INSIDE marks. The combined advertising expenditure by Intel and Intel's licensees under the INTEL

6   INSIDE marks (and, since last year, the INTEL mark) has averaged over one billion dollars for each of

7   the last few years. Through extensive advertising and promotion by Intel and its licensees,

8   advertisements reflecting the INTEL and INTEL INSIDE marks have most likely created billions of

9   impressions.

10         13.     Intel is the owner of numerous U.S. trademark registrations for the INTEL INSIDE

11   marks covering goods ranging from computer software and newsletters, to clothing and various sundry

12   items. Copies of these registrations are attached hereto as Exhibits 26.

13         14.     Intel owns many other trademark registrations for its family of INTEL formative marks.

14   These include: INTEL SPEEDSTEP, INTEL XEON, INTEL INSIDE XEON, INTEL INSIDE

15   CENTRINO, INTEL XSCALE, INTEL NETMERGE, INTEL NETBURST and INTEL

16   NETSTRUCTURE. Copies of these registrations or evidence thereof are attached hereto as Exhibits

17   27 through 34.

18         15.     Through its extensive use, Intel also owns common law trademark rights in the INTEL

19   name and mark, and its family of INTEL-formative trademarks and service marks, for all of the goods

20   and services and activities identified herein.

21         16.     Intel maintains an Internet site on the World Wide Web at the address

22   http://www.intel.com. Intel has used its trade name and trademark as an Internet address in order to

23   make it easy for customers to locate Intel's web site, and to identify that the web site is owned by Intel.

24   Intel's web site features the INTEL marks and many other INTEL composite marks.

25         17.     As a consequence of the extensive sales, advertising, promotion, and use of the INTEL

26   and INTEL composite marks, Intel has developed enormous recognition for its products and services

27   under the INTEL mark and has acquired and enjoys an immensely valuable reputation and tremendous

28

Complaint for Damages and Injunctive Relief          -10-

1  goodwill under the mark. The INTEL mark is world renowned, and is a "famous" mark for purposes

2  of 15 U.S.C. § 1125(c)(1).

3  **IV.   INTELLELECTRIC'S BUSINESS**

4        18.    On information and belief, Intellelectric offers electrical services to customers in

5  California.

6        19.    The Intellelectric mark wholly incorporates the world-famous INTEL trademark, with

7  the addition of an extra "L," and the generic word "electric." The only distinctive portion of the

8  Intellelectric name and mark is "Intel," identical in sight and sound to the world famous INTEL mark.

9  In addition, Intel is informed and believes that Intellelectric markets its services through similar

10  channels of trade and to similar customers as Intel.

11        20.    Despite Intel's numerous attempts to amicably resolve the dispute, Intellelectric has

12  persisted in using the Intellelectric trade name and trademark and has refused to voluntarily change its

13  mark, leaving Intel no choice but to file this Complaint.

14                              **FIRST CAUSE OF ACTION**
                               **TRADEMARK INFRINGEMENT**
15                                  **(15 U.S.C. § 1114)**

16        21.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs

17  1 through 20 of this Complaint.

18        22.    Intellelectric either had actual notice and knowledge, or had constructive notice, of

19  Intel's ownership and registrations of the INTEL mark pursuant to 15 U.S.C. § 1072 prior to

20  Intellelectric's adoption and use of the Intellelectric trade name and trademark.

21        23.    Upon information and belief, Intellelectric was aware of Intel's business and its INTEL

22  mark and registrations prior to the adoption and use of the Intellelectric trade name and trademark.

23        24.    Upon information and belief, Intellelectric without Intel's consent, deliberately adopted

24  the Intellelectric trade name and trademark in connection with its services in an attempt to trade on the

25  enormous goodwill, reputation, and selling power established by Intel under the INTEL mark

26        25.    Intellelectric's unauthorized use of the Intellelectric trade name and trademark falsely

27  indicates to consumers that Intellelectric's services are in some manner connected with, sponsored by,

28

---

1   affiliated with, or related to Intel, Intel's licensees, and the products and services of Intel and Intel's

2   licensees.

3       26.    Intellelectric's unauthorized use of the Intellelectric trade name and trademark is also

4   likely to cause consumers to be confused as to the source, nature and quality of the services

5   Intellelectric is promoting or selling.

6       27.    Intellelectric's unauthorized use of the Intellelectric trade name and trademark in

7   connection with the sale of its services allows, and will continue to allow, Intellelectric to receive the

8   benefit of the goodwill established at great labor and expense by Intel and to gain acceptance of

9   Intellelectric's services, not based on the merits of those services, but on Intel's reputation and

10  goodwill.

11      28.    Intellelectric's unauthorized use of the Intellelectric trade name and trademark in

12  connection with the sale of its services deprives Intel of the ability to control the consumer perception

13  of the quality of the services marketed under the INTEL mark, and places Intel's valuable reputation

14  and goodwill in the hands of Intellelectric, over which Intel has no control.

15      29.    Intellelectric has caused confusion and is likely to cause further confusion, or to cause

16  mistake, or to deceive consumers or potential consumers in violation of 15 U.S.C. § 1114.

17      30.    Intel has been, is now, and will be irreparably injured and damaged by Intellelectric's

18  trademark infringement, and unless enjoined by the Court, Intel will suffer further harm to its name,

19  reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at

20  law.

21                        **SECOND CAUSE OF ACTION**
                          **FALSE DESIGNATION OF ORIGIN**
22                        **(15 U.S.C. § 1125(A))**

23      31.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs

24  1 through 30 of this Complaint.

25      32.    Intellelectric's unauthorized use of the Intellelectric trade name and trademark falsely

26  suggests that its services are connected with, sponsored by, affiliated with, or related to Intel, and

27  constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

28

Complaint for Damages and Injunctive Relief          -12-

1   33. Intel has been, is now, and will be irreparably injured and damaged by Intellelectric's

2 aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name,

3 reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at

4 law.

**THIRD CAUSE OF ACTION**
**FEDERAL TRADEMARK DILUTION**
**(15 U.S.C. § 1125(C))**

7   34. Intel realleges and incorporates herein by reference the matters alleged in paragraphs

8 1 through 33 of this Complaint.

9   35. The INTEL mark is world-renowned.  It is a famous mark that is widely recognized by

10 consumers, businesses and industry, and that identifies the products and services of Intel in the minds

11 of consumers.

12   36. Intellelectric's unauthorized use of the Intellelectric trade name and trademark began

13 after Intel's mark had become famous.

14   37. Intellelectric's unauthorized use of the Intellelectric trade name and trademark has, and

15 will continue to have, an adverse effect upon the value and distinctive quality of the INTEL mark.

16 Intellelectric's acts blur and whittle away at the distinctiveness and identity-evoking quality of the

17 INTEL mark.  Intellelectric's acts have diluted and are likely to continue diluting the famous INTEL

18 mark in violation of 15 U.S.C. § 1125(c).

19   38. Intel has been, is now, and will be irreparably injured and damaged by Intellelectric's

20 aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name,

21 reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at

22 law.

**FOURTH CAUSE OF ACTION**
**INJURY TO BUSINESS REPUTATION AND**
**DILUTION UNDER CALIFORNIA LAW**
**(CAL. BUS. & PROF. CODE §14247)**

26   39. Intel realleges and incorporates herein by reference the matters alleged in paragraphs

27 1 through 38 of this Complaint.

28

---

1    40.    Intellelectric's unauthorized use of the Intellelectric trade name and trademark is likely

2    to injure Intel's business reputation, and has diluted, and/or is likely to dilute, the distinctive quality of

3    the INTEL mark and trade name in violation of the California Business and Professions Code § 14247.

4    41.    Intellelectric willfully intended to trade on Intel's image and reputation and to dilute the

5    INTEL mark and trade name, acted with reason to know, or was willfully blind as to the consequences

6    of its actions.

7    42.    Intellelectric's wrongful acts have caused and will continue to cause Intel irreparable

8    harm. Intel has no adequate remedy at law for Intellelectric's dilution.

9    43.    Intel is therefore entitled to a judgment enjoining and restraining Intellelectric from

10    engaging in further acts of dilution pursuant to California Business and Professions Code § 14247.

11

**FIFTH CAUSE OF ACTION**
**INFRINGEMENT UNDER CALIFORNIA LAW**

12

**(CAL. BUS. & PROF. CODE § 14245)**

13    44.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs

14    1 through 43 of this Complaint.

15    45.    Intellelectric's unauthorized use of the Intellelectric trade name and trademark in

16    connection with the sale, offering for sale, distribution or advertising of its services is likely to cause

17    confusion or mistake or to deceive as to the source or origin of its services in violation of California

18    Business and Professions Code § 14245.

19    46.    Upon information and belief, Intellelectric's infringement has been with knowledge of

20    Intel's rights.

21    47.    Intel has been, is now, and will be irreparably injured and damaged by Intellelectric's

22    aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name,

23    reputation and goodwill. This harm constitutes an injury for which Intel has no adequate remedy at

24    law.

25

**SIXTH CAUSE OF ACTION**
**COMMON LAW PASSING OFF**

26

**AND UNFAIR COMPETITION**

27    48.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs

28    1 through 47 of this Complaint.

Complaint for Damages and Injunctive Relief        -14-

49.     Intellelectric's unauthorized use of the Intellelectric trade name and trademark constitutes infringement and unfair competition of the INTEL mark in violation of the common law of California.

50.     Intellelectric's wrongful acts have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law.

51.     Intel is entitled to a judgment enjoining and restraining Intellelectric from engaging in further acts of infringement and unfair competition.

**SEVENTH CAUSE OF ACTION
UNFAIR COMPETITION
(CAL. BUS & PROF. CODE § 17200)**

52.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 51 of this Complaint.

53.     Intellelectric's acts described above constitute unfair competition in violation of California Business and Professional Code § 17200 et seq., as they are likely to deceive the public.

54.     Intellelectric's acts of unfair competition have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law for Intellelectric's unfair competition.

55.     Intel is entitled to a judgment enjoining and restraining Intellelectric from engaging in further unfair competition.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**PRAYER FOR RELIEF**

WHEREFORE, Intel prays for relief as follows:

1.      Entry of an order and judgment requiring that Intellelectric and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, be enjoined and restrained from (a) using in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, any trade name and trademark incorporating the name " Intellelectric"; (b) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between Intellelectric and Intel; and (c) committing any acts which will tarnish, blur, or dilute, or likely to tarnish, blur, or dilute the distinctive quality of the famous INTEL mark;

2.      A judgment ordering Intellelectric, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which Intellelectric has complied with the injunction, ceased all offering of services under the Intellelectric trade name and trademark as set forth above;

3.      A judgment ordering Intellelectric, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of Intellelectric or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation the Intellelectric trade name and trademark, both alone and in combination with other words or terms;

4.      A judgment ordering Intellelectric to take all steps necessary to cancel or remove the name "Intellelectric" from the business records in San Diego County, California (and any other areas

1  in which Intellelectric is licensed to do business) and otherwise take all steps necessary to change

2  Intellelectric's business name;

3       5.    A judgment in the amount of Intel's actual damages, Intellelectric's profits, Intel's

4  reasonable attorneys' fees and costs of suit, and pre-judgment interest pursuant to 15 U.S.C. §1117 in

5  an amount not less than $50,000.00 (fifty thousand dollars);

6       6.    A judgment for enhanced damages under 15 U.S.C. §1117 and punitive damages under

7  state law as appropriate;

8       7.    A judgment granting Intel such other and further relief as the Court deems just and

9  proper.

10  Dated:  July 16, 2008

                                  Respectfully submitted,

11                                      FENWICK & WEST LLP

12

13                                      By:

14                                      Attorneys for Plaintiff

15                                      INTEL CORPORATION

16                                      JEDEDIAH WAKEFIELD

                                    jwakefield@fenwick.com

17                                      FENWICK & WEST LLP

                                    555 California Street, 12th Floor

18                                      San Francisco, CA  94104

                                    Telephone:  (415) 875-2300

19                                      Facsimile:  (415) 281-1350

20                                      KAREN WEBB

                                    kwebb@fenwick.com

21                                      FENWICK & WEST LLP

                                    Silicon Valley Center

22                                      801 California Street

                                    Mountain View, CA  94041

23                                      Telephone:  (650) 988-8500

                                    Facsimile:  (650) 938-5200

24

25

26

27

28

1

## JURY DEMAND

2          Plaintiff hereby requests a trial by jury.

3   Dated: July 16, 2008

4                                          Respectfully submitted,

5                                          FENWICK & WEST

6                                          By

7                                          Attorneys for Plaintiff
                                           INTEL CORPORATION
8

9                                          JEDEDIAH WAKEFIELD
                                           jwakefield@fenwick.com
10                                         FENWICK & WEST LLP
                                           555 California Street, 12th Floor
11                                         San Francisco, CA 94104
                                           Telephone: (415) 875-2300
12                                         Facsimile: (415) 281-1350

13                                         KAREN WEBB
                                           kwebb@fenwick.com
14                                         FENWICK & WEST LLP
                                           Silicon Valley Center
15                                         801 California Street
                                           Mountain View, CA 94041
16                                         Telephone: (650) 988-8500
                                           Facsimile: (650) 938-5200
17

18

19

20

21

22

23

24

25

26

27

28

Complaint for Damages and Injunctive Relief          -18-

**EXHIBIT 1**

# United States Patent Office

**914,978**
**Registered June 15, 1971**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 325,488, filed Apr. 24, 1969



Intel Corporation (California corporation)
365 Middlefield Road
Mountain View, Calif.  94040

For: INTEGRATED CIRCUITS, REGISTERS, AND SEMICONDUCTOR MEMORIES, in CLASS 21 (INT. CL. 9).

First use Mar. 11, 1969; in commerce Mar. 11, 1969.

C. R. FOWLER, Supervisory Examiner

E. W. BROWNE, Examiner

Int. Cl.: 9

Prior U.S. Cl.: 21

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 914,978

Registered June 15, 1971

Renewal Approved May 15, 1991

## TRADEMARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: INTEGRATED CIRCUITS, REGISTERS, AND SEMICONDUCTOR MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3–11–1969; IN COMMERCE 3–11–1969.

SER. NO. 72–325,488, FILED 4–24–1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 25, 1991.*

**COMMISSIONER OF PATENTS AND TRADEMARKS**

# United States Patent Office

938,772
Registered July 25, 1972

## PRINCIPAL REGISTER
## Trademark

Ser. No. 384,319, filed Feb. 19, 1971

# INTEL

Intel Corporation (California corporation)
365 Middlefield Road
Mountain View, Calif.   94040

For: EQUIPMENT FOR THE TESTING AND PRO-
GRAMMING OF INTEGRATED CIRCUITS, REGIS-
TERS AND SEMICONDUCTOR MEMORIES, in
CLASS 26 (INT. CL. 9).
First use Jan. 15, 1971; in commerce Jan. 15, 1971.

E. W. BROWNE, Examiner

**EXHIBIT 3**

# United States Patent Office

**939,641**
Registered Aug. 1, 1972

## PRINCIPAL REGISTER
### Trademark

Ser. No. 384,320, filed Feb. 19, 1971

## INTEL

Intel Corporation (California corporation)
365 Middlefield Road
Mountain View, Calif. 94040

For: INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, in CLASS 21 (INT. CL. 9).

First use Mar. 11, 1969; in commerce Mar. 11, 1969.

E. W. BROWNE, Examiner

Int. Cl.: 9

Prior U.S. Cl.: 21, 26

## United States Patent Office

Reg. No. 1,022,563
Registered Oct. 14, 1975

## TRADEMARK
### Principal Register

## INTEL

Intel Corporation (California corporation)
3065 Bowers Ave.
Santa Clara, Calif. 95051

For: MICROCOMPUTERS, MICROCONTROLLERS AND MICROPROCESSORS, in CLASS 9 (U.S. CLS. 21 and 26).

First use July 6, 1971; in commerce July 6, 1971.

Owner of Reg. Nos. 938,772, 997,021, and others.

Ser. No. 35,122, filed Oct. 21, 1974.

B. C. WASHINGTON, Examiner

EXHIBIT 5

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**

Reg. No. 1,573,324
Registered Dec. 26, 1989

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (CALIFORNIA CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: PRINTED MATERIAL, NAMELY,
TECHNICAL MANUALS, PAMPHLETS, USER
AND PRODUCT MANUALS, ALL OF WHICH
RELATE TO THE FIELD OF INFORMATION

AND DATA TECHNOLOGY AND SEMICON-
DUCTOR DEVICES, IN CLASS 16 (U.S. CL. 38).
FIRST USE 8–1–1973; IN COMMERCE
8–1–1973.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563
AND OTHERS.

SER. NO. 73–794,951, FILED 4–21–1989.

HENRY S. ZAK, EXAMINING ATTORNEY

**EXHIBIT 6**

Int. Cls.: 6, 14, 16, 20, 21 and 28

Prior U.S. Cls.: 2, 13, 22, 25, 27, 37, 38 and 44

Reg. No. 1,723,243

## United States Patent and Trademark Office

Registered Oct. 13, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: METAL KEY RINGS, IN CLASS 6 (U.S.
CLS. 13 AND 25).
FIRST USE 10-16-1990; IN COMMERCE
10-16-1990.
FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 10-15-1990; IN COMMERCE
10-15-1990.
FOR: NOTE PAPER, NOTE CARDS, POST-
ERS, MICROPROCESSOR CHIP DIE PLOT
PRINTS AS ART PRINTS, PENCILS, BALL
POINT PENS, INK PENS AND STATIONERY
FOLDERS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 10-22-1990; IN COMMERCE
10-22-1990.

FOR: PLASTIC KEY CHAIN TAGS, IN
CLASS 20 (U.S. CLS. 13 AND 25).
FIRST USE 10-19-1990; IN COMMERCE
10-19-1990.
FOR: MUGS AND WATER BOTTLES SOLD
EMPTY, IN CLASS 21 (U.S. CLS. 2 AND 44).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
FOR: JIGSAW PUZZLES, GOLF BALLS,
GOLF TEES AND GOLF BALL MARKERS, IN
CLASS 28 (U.S. CL. 22).
FIRST USE 9-27-1990; IN COMMERCE
9-27-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,623, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

Int. Cls.: 18, 24 and 25

Prior U.S. Cls.: 3, 39 and 42

**United States Patent and Trademark Office**

Reg. No. 1,725,692
Registered Oct. 20, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: ALL PURPOSE SPORT BAGS, GYM
BAGS AND CARRY-ON BAGS, IN CLASS 18
(U.S. CL. 3).
FIRST USE 10-12-1990; IN COMMERCE
10-12-1990.
FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 10-27-1990; IN COMMERCE
10-27-1990.

FOR: CLOTHING; NAMELY, T-SHIRTS, COV-
ERALLS, SHIRTS AND CAPS, IN CLASS 25
(U.S. CL. 39).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,506, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

**EXHIBIT 8**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,171,778

## United States Patent and Trademark Office

Registered July 7, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-

VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 7-6-1971; IN COMMERCE
7-6-1971.
OWNER OF U.S. REG. NOS. 938,772, 9,149,978,
AND OTHERS.

SN 75-160,106, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,194,121

**United States Patent and Trademark Office**

Registered Oct. 6, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA
ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

FIRST USE 3-0-1969; IN COMMERCE
3-0-1969.

OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75-160,105, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

**EXHIBIT 10**

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

**United States Patent and Trademark Office**

Reg. No. 2,251,962

Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: CLOCKS, BELT BUCKLES, JEWELRY,
CHARMS, CUFF LINKS, EARRINGS, KEY
CHAINS, NECKLACES, BRACELETS, NECK-
TIE FASTENERS, LAPEL PINS, MONEY CLIP,
PENDANTS, PIGGY BANKS, TIE PINS, TRO-
PHIES AND WATCHES, IN CLASS 14 (U.S. CLS.
2, 27, 28 AND 50).

FIRST USE 10-0-1990; IN COMMERCE
10-19-1990.

SN 75-371,526, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**EXHIBIT 11**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,251,961
Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOOKENDS, BOXES FOR
PENS, CALENDARS, TABLETS, NOTE CARDS
AND PLAYING CARDS, SELF-ADHESIVE
PADS, DESK PADS, AND CALENDAR PADS,
PENS, PENCILS, FOLDERS, PAPERWEIGHTS,
PEN AND PENCIL HOLDERS, PHOTOGRAPH
STANDS, RULERS, ERASERS, MARKERS,
DESK SETS, DESK ORGANIZERS, IN CLASS
16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.

SN 75-371,525, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

Reg. No. 2,250,491

## United States Patent and Trademark Office

Registered June 1, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
   RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

   FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACK PACKS, BEACH BAGS, DUFFEL
BAGS, FANNY PACKS, UMBRELLAS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

   FIRST   USE   10-0-1993;   IN   COMMERCE
10-0-1993.

   OWNER   OF   U.S.   REG.   NOS.   1,723,243,
1,725,692, AND OTHERS.

   SN 75-371,363, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

Reg. No. 2,250,491

## United States Patent and Trademark Office    Registered June 1, 1999

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
   RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACK PACKS, BEACH BAGS, DUFFEL
BAGS, FANNY PACKS, UMBRELLAS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-0-1993; IN COMMERCE
10-0-1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,363, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT 13

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,254,525

## United States Patent and Trademark Office

Registered June 15, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR, LOUNGEWEAR, SWEATERS, SWEATSHIRTS, SWEAT SUITS, COVERALLS, JACKETS, TIES, HEADWEAR, CARDIGANS, GYM SUITS, HATS, JOGGING SUITS, NECKTIES, POLO SHIRTS, SCARVES, INFANT ROMPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-1990; IN COMMERCE 10-0-1990.

OWNER OF U.S. REG. NOS. 1,723,243, 1,725,692, AND OTHERS.

SN 75-978,308, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

Reg. No. 2,261,531

## United States Patent and Trademark Office

Registered July 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
TOYS, PLUSH TOYS, DOLLS, BEAN BAGS,
GAMES, NAMELY, BOARD GAMES, STAND
ALONE VIDEO GAMES, AND CHRISTMAS

TREE ORNAMENTS, IN CLASS 28 (U.S. CLS.
22, 23, 38 AND 50).
FIRST USE 9-0-1990; IN COMMERCE
9-0-1990.

SN 75-349,837, FILED 9-2-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**EXHIBIT 15**

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

Reg. No. 2,276,580

## United States Patent and Trademark Office

Registered Sep. 7, 1999

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,362, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT 16

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,446,693
Registered Apr. 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SOFTWARE FOR USE IN OPERATING AND MAIN-
TAINING COMPUTER SYSTEMS; SEMICONDUC-
TORS; MICROPROCESSORS; INTEGRATED
CIRCUITS; MICROCOMPUTERS; COMPUTER
CHIPSETS; COMPUTER MOTHERBOARDS AND
DAUGHTERBOARDS; COMPUTER GRAPHICS
BOARDS; COMPUTER NETWORKING HARD-
WARE; COMPUTER NETWORK ADAPTORS,
SWITCHES, ROUTERS AND HUBS; COMPUTER
PERIPHERALS AND ELECTRONIC APPARATUS
FOR USE WITH COMPUTERS; KEYBOARDS;
TRACKBALLS; COMPUTER MOUSE DEVICES;
COMPUTER INPUT DEVICES; COMPUTER MONI-
TORS; VIDEO APPARATUS; VIDEO CIRCUIT
BOARDS; APPARATUS AND EQUIPMENT FOR
RECORDING, PROCESSING, RECEIVING, REPRO-
DUCING, TRANSMITTING, MODIFYING, COM-
PRESSING, DECOMPRESSING, BROADCASTING,
MERGING AND/OR ENHANCING SOUND, VIDEO
IMAGES, GRAPHICS, AND DATA; ALGORITHM
SOFTWARE PROGRAMS FOR THE OPERATION
AND CONTROL OF COMPUTERS; COMPUTER
COMPONENT TESTING AND CALIBRATING
ELECTRONIC UNITS; SET-TOP BOXES, NAMELY,
ELECTRONIC CONTROL BOXES FOR THE INTER-
FACE AND CONTROL OF COMPUTER AND GLO-
BAL COMPUTER NETWORKS WITH TELEVISION
AND CABLE BROADCAST EQUIPMENT, TELE-
CONFERENCING EQUIPMENT, AND VIDEO CON-
FERENCING EQUIPMENT, COMPUTER
PROGRAMS FOR NETWORK MANAGEMENT;
COMPUTER UTILITY PROGRAMS; COMPUTER
OPERATING SYSTEM SOFTWARE; COMPUTER
PROGRAMS FOR RECORDING, PROCESSING, RE-
CEIVING REPRODUCING, TRANSMITTING, MOD-
IFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING, AND/OR ENHAN-
CING SOUND, VIDEO, IMAGES, GRAPHICS, AND
DATA; COMPUTER PROGRAMS FOR WEB PAGE
DESIGN; COMPUTER PROGRAMS FOR ACCES-
SING AND USING THE GLOBAL COMPUTER NET-
WORK; TELECOMMUNICATIONS APPARATUS
AND INSTRUMENTS; APPARATUS AND EQUIP-
MENT FOR USE IN VIDEO-CONFERENCING, TEL-
ECONFERENCING, DOCUMENT EXCHANGE
AND EDITING; CAMERAS AND DIGITAL CAM-
ERAS FOR USE WITH COMPUTERS; HEADSETS
FOR USE WITH COMPUTERS, COMPUTER SOFT-
WARE, TELECONFERENCING EQUIPMENT AND
VIDEO CONFERENCING EQUIPMENT; PARTS,
FITTINGS, AND TESTING APPARATUS FOR ALL
THE AFORESAID GOODS; AND USER MANUALS
FOR USE WITH, AND SOLD AS A UNIT WITH, ALL
THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 7-0-1971; IN COMMERCE 7-0-1971.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,493, FILED 12-3 1-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,462,327
Registered June 19, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY,
DIGITAL CAMERAS AND PC CAMERAS; COMPU-
TER HARDWARE FOR USE IN IMAGING AND
PHOTOGRAPHIC APPLICATIONS; COMPUTER
SOFTWARE FOR USE IN IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND
CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; PHOTO DISCS, NAMELY, CD
ROMS FOR USE IN STORING PHOTOGRAPHIC
IMAGES; CD ROMS FOR IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND

CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; IMAGING SENSORS;
INTERACTIVE MULTIMEDIA COMPUTER GAME
PROGRAMS; INTERACTIVE VIDEO GAME PRO-
GRAMS; INTERACTIVE VIDEO GAMES OF VIR-
TUAL REALITY COMPRISED OF COMPUTER
HARDWARE AND SOFTWARE, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-1991; IN COMMERCE 12-1-1991.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 75-607,823, FILED 12-18-1998.

BRETT J. GOLDEN, EXAMINING ATTORNEY

**EXHIBIT 18**

Int. Cls.: 37, 41, and 42

Prior U.S. Cls.: 100, 101, 103, 106, and 107

**United States Patent and Trademark Office**

Reg. No. 2,585,551

Registered June 25, 2002

## SERVICE MARK
## PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER HARDWARE INSTALLATION
AND REPAIR SERVICES; MAINTENANCE OF
HARDWARE FOR LOCAL AND WIDE AREA COM-
PUTER NETWORKS; MAINTENANCE OF HARD-
WARE FOR INTERACTIVE AUDIO-VIDEO
COMPUTER CONFERENCE SYSTEMS; MAINTE-
NANCE FOR HARDWARE FOR RECEIPT, DIS-
PLAY AND USE OF BROADCAST VIDEO, AUDIO,
AND DIGITAL DATA SIGNALS; MAINTENANCE
OF HARDWARE FOR INTERACTIVE AND NON-
INTERACTIVE WEB PAGES FOR THE GLOBAL
COMPUTER NETWORK FOR OTHERS, IN CLASS
37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

FOR: EDUCATION AND ENTERTAINMENT
SERVICES, NAMELY, ARRANGING AND CON-
DUCTING EDUCATIONAL CONFERENCES AND
SEMINARS IN THE FIELDS OF COMPUTERS,
TELECOMMUNICATIONS, AND COMPUTER NET-
WORKING, AND DISTRIBUTING COURSE MATE-
RIALS IN CONNECTION THEREWITH;
DEVELOPMENT, PUBLISHING AND DISSEMINA-
TION OF EDUCATIONAL MATERIALS IN THE
FIELDS OF COMPUTERS, TELECOMMUNICA-
TIONS AND COMPUTER NETWORKING FOR
OTHERS; INTERACTIVE AND NON-INTERACTIVE
COMPUTER EDUCATION TRAINING SERVICES;
PROVIDING INFORMATION VIA GLOBAL COM-
PUTER NETWORK IN THE FIELDS OF EDUCA-
TION AND ENTERTAINMENT; PROVISION OF
INTERACTIVE AND NON-INTERACTIVE ELEC-
TRONIC INFORMATION SERVICES IN THE
FIELDS OF EDUCATION AND ENTERTAINMENT,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-0-1997; IN COMMERCE 7-0-1997.

FOR: COMPUTER SERVICES, NAMELY, COM-
PUTER DIAGNOSTIC SERVICES; MAINTENANCE
AND UPDATING OF COMPUTER SOFTWARE;
PROVIDING OTHERS WITH ACCESS TO INTER-
ACTIVE AND NON-INTERACTIVE BROADCAST
VIDEO, AUDIO AND DIGITAL DATA SIGNALS;
PROVISION OF INTERACTIVE AND NON-INTER-
ACTIVE ELECTRONIC INFORMATION SERVICES
ON A WIDE VARIETY OF TOPICS; DEVELOPMENT
OF LOCAL AND WIDE AREA COMPUTER NET-
WORKS FOR OTHERS; DEVELOPMENT OF
AUDIO-VIDEO COMPUTER CONFERENCE SYS-
TEMS FOR OTHERS; DEVELOPMENT OF COMPU-
TER HARDWARE AND SOFTWARE FOR THE
RECEIPT, DISPLAY AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIGNALS
FOR OTHERS; LEASING ACCESS TIME TO COM-
PUTER DATA BASES IN THE NATURE OF COM-
PUTER BULLETIN BOARDS IN A WIDE VARIETY
OF FIELDS; COMPUTER WEB SITE DESIGN SER-
VICES; COMPUTER SOFTWARE DESIGN FOR
OTHERS; DEVELOPMENT OF INTERACTIVE
AND NON-INTERACTIVE WEB PAGES FOR THE
GLOBAL COMPUTER NETWORK FOR OTHERS;
COMPUTER PROGRAMMING SERVICES; PROVID-
ING ON-LINE NEWSPAPERS, MAGAZINES, IN-
STRUCTIONAL MANUALS IN THE FIELDS OF
TECHNOLOGY, ENTERTAINMENT, EDUCATION
AND BUSINESS; DEVELOPMENT, MAINTE-
NANCE, AND PROVISION OF INTERACTIVE
AND NON-INTERACTIVE ELECTRONIC BULLE-
TIN BOARDS SERVICES IN THE FIELDS OF EN-
TERTAINMENT AND EDUCATION, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 9-28-1999; IN COMMERCE 9-28-1999.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-163,576, FILED 9-10-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,742,174
Registered July 29, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER-RELATED AND COMMUNI-
CATIONS-RELATED SERVICES, NAMELY, IN-
STALLATION, REPAIR, MAINTENANCE,
SUPPORT AND CONSULTING SERVICES FOR
COMPUTER-RELATED AND COMMUNICA-
TIONS-RELATED GOODS; PROVIDING INFORMA-
TION IN THE FIELD OF COMPUTER
TECHNOLOGY VIA THE GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE PUBLICA-
TIONS, NAMELY, BOOKS, BROCHURES, WHITE
PAPERS, CATALOGS AND PAMPHLETS IN THE
FIELDS OF COMPUTER AND INFORMATION

TECHNOLOGY; DESIGNING AND DEVELOPING
STANDARDS FOR OTHERS IN THE DESIGN AND
IMPLEMENTATION OF COMPUTER SOFTWARE,
COMPUTER HARDWARE AND TELECOMMUNI-
CATIONS EQUIPMENT, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 11-0-1996; IN COMMERCE 11-0-1996.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,490, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

**EXHIBIT 20**

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

**United States Patent and Trademark Office**

Reg. No. 3,029,954
Registered Dec. 13, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: SEMICONDUCTOR AND MICROPROCES-
SOR CARTRIDGES; INTERNET AND WEB SER-
VERS; INTERNET AND WEB CACHING SERVERS;
WIRELESS AND REMOTE COMPUTER PERIPHER-
ALS; COMPUTER HARDWARE AND SOFTWARE
FOR ENABLING WEB PORTALS; COMPUTER
HARDWARE AND SOFTWARE FOR DIGITAL EN-
CRYPTION, IDENTIFICATION AND CERTIFICA-
TION; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE REMOTE ENCRYPTED NETWORK-
ING; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE SECURE DATA TRANSMISSION VIA
NETWORKS, THE INTERNET AND WORLD WIDE
WEB, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-1997; IN COMMERCE 5-31-1997.

FOR: COMPUTER CONSULTATION SERVICES,
NAMELY, WEB DESIGN AND DEVELOPMENT
SERVICES; INTERNET AND WEB DATA SERVICES,
NAMELY DIGITAL IDENTIFICATION AND CER-
TIFICATION SERVICES; APPLICATION SERVICE
PROVIDER SERVICES, NAMELY HOSTING COM-
PUTER SOFTWARE APPLICATIONS OF OTHERS,
IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-975,693, FILED 4-3-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

**EXHIBIT 21**

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

## United States Patent and Trademark Office

Reg. No. 3,136,102

Registered Aug. 29, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATION SERVICES,
NAMELY, ELECTRONIC AND DIGITAL TRANS-
MISSION OF DATA, DOCUMENTS, AUDIO AND
VIDEO VIA COMPUTER TERMINALS, IN CLASS 38
(U.S. CLS. 100, 101 AND 104).

FIRST USE 3-31-2003; IN COMMERCE 3-31-2003.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-016,892, FILED 4-3-2000.

COLLEEN DOMBROW, EXAMINING ATTORNEY

**Int. Cl.: 38**

**Prior U.S. Cls.: 100, 101 and 104**

United States Patent and Trademark Office

**Reg. No. 3,173,391**
Registered Nov. 21, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATIONS CONSULTING
SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-0-2001; IN COMMERCE 4-0-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978 AND 3,019,987.

SER. NO. 78-633,311, FILED 5-19-2005.

JOHN GARTNER, EXAMINING ATTORNEY

**EXHIBIT  23**



# State of California

## SECRETARY OF STATE

Trademark Reg. No. 63565     Class No. 9     Renewal No. 16828

## CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES*, Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

**Name of Applicant:** Intel Corporation
**Business Address:** 2200 Mission College Blvd, Santa Clara, CA 95052
**Date First Used In California:** March 11, 1969
**Date First Used Anywhere:** March 11, 1969
**Description of Trademark:** Intel
**Description of Goods on Which the Trademark is Used:** Integrated circuits, registers, and semi-conductor memories and test and programming equipment for such products
**Date of Registration:** May 15, 1981
**Term of Registration Extends to and Includes:** May 15, 2011

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 16th day of May, 2001



BILL JONES
Secretary of State

NP-24 A (Rev. 1-98)     OSP 99 21632

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,594,850
Registered July 16, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL XEON

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE; COMPUTER WORKSTATIONS; NAMELY PROCESSORS, CENTRAL PROCESSING UNITS, COMPUTER MONITORS, COMPUTER KEYBOARDS, COMPUTER PERIPHERALS, COMPUTER PRINTERS; NOTEBOOK AND LAPTOP COMPUTERS; PORTABLE COMPUTERS; MICROCOMPUTERS; COMPUTER SERVERS; NETWORK SERVERS; COMPUTER FIRMWARE, NAMELY COMPUTER OPERATING SYSTEM SOFTWARE, COMPUTER UTILITY SOFTWARE AND OTHER COMPUTER SOFTWARE USED TO MAINTAIN AND OPERATE COMPUTER SYSTEM ALL STORED IN A COMPUTER'S READ-ONLY MEMORY, ROM, OR ELSEWHERE IN THE COMPUTER'S CIRCUITRY; SEMICONDUCTORS; MICROPROCESSORS; INTEGRATED CIRCUITS; MICROCOMPUTERS; COMPUTER CHIPSETS; COMPUTER MOTHERBOARDS AND DAUGHTERBOARDS; COMPUTER GRAPHICS BOARDS; COMPUTER AND TELECOMMUNICATIONS NETWORKING HARDWARE, NAMELY; COMPUTER NETWORK ADAPTERS, SWITCHES, ROUTERS AND HUBS; COMPUTER PERIPHERALS; COMPUTER KEYBOARDS; COMPUTER MOUSE DEVICES, NAMELY, COMPUTER MICE, TRACKBALLS, COMPUTER JOYSTICKS, AND COMPUTER TOUCHPADS; COMPUTER AND VIDEO MONITORS; VIDEO CIRCUIT BOARDS; COMPUTER HARDWARE AND SOFTWARE FOR RECORDING, PROCESSING, RECEIVING, REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING AND/OR ENHANCING SOUND, VIDEO IMAGES, GRAPHICS, AND DATA; COMPUTER SOFTWARE AND PROGRAMS, NAMELY, ALGORITHMS FOR THE COMPRESSION AND DECOMPRESSION OF DATA; COMPUTER COMPONENT TESTING AND CALIBRATING APPARATUS; SET-TOP BOXES; COMPUTER PROGRAMS FOR NETWORK MANAGEMENT; COMPUTER UTILITY PROGRAMS; COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER PROGRAMS FOR RECORDING, PROCESSING, RECEIVING, REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING, AND/OR ENHANCING SOUND, VIDEO, IMAGES, GRAPHICS, AND DATA; COMPUTER PROGRAMS FOR WEB PAGE DESIGN; COMPUTER PROGRAMS FOR ACCESSING AND BROWSING A GLOBAL COMPUTER NETWORK AND INTERCONNECTED COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR USE IN VIDEO CONFERENCING, TELECONFERENCING, DOCUMENT EXCHANGE AND EDITING, AND SOFTWARE FOR ACCESSING AND TRANSMITTING INFORMATION VIA CABLE, RADIO, MICROWAVE AND/OR SATELLITE SYSTEMS; DIGITAL AND PC CAMERAS; HEADSETS; PARTS, FITTINGS, AND TESTING APPARATUS FOR ALL THE AFORESAID GOODS ; AND USER MANUALS FOR USE WITH, AND SOLD AS A UNIT WITH, ALL THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2001; IN COMMERCE 9-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563, AND OTHERS.

SN 75-738,459, FILED 6-28-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY



# State of California

## SECRETARY OF STATE

Trademark Reg. No. 94220    Class No. 16    Renewal No. 16856

### CERTIFICATE OF RENEWAL OF TRADEMARK

I, BILL JONES, Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

Name of Applicant:    Intel Corporation
Business Address:    2200 Mission College Blvd.  Santa Clara, CA  95052
Date First Used in California:    August 1, 1973
Date First Used Anywhere:    August 1, 1973
Description of Trademark:    Intel
Description of Goods on Which the Trademark is Used:    Printed material, such as pamphlets, manuals relating to data technology and semiconductor devices
Date of Registration:    June 18, 1991
Term of Registration Extends to and Includes:    June 18, 2011

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 19th day of June, 2001



BILL JONES
Secretary of State

NP-24 A (Rev. 1-96)                                                                OSP 99 21639

EXHIBIT 25



# State of California

## SECRETARY OF STATE

Trademark Reg. No. 94221    Class No. 9    Renewal No. 16857

### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES*, Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

Name of Applicant:  Intel Corporation
Business Address:   2200 Mission College Blvd. Santa Clara, CA 95052
Date First Used in California:   March 11, 1969
Date First Used Anywhere:   March 11, 1969
Description of Trademark:   Intel
Description of Goods on Which the Trademark is Used:   Integrated circuits, registers, and semiconductor memories
Date of Registration:   June 18, 1991
Term of Registration Extends to and Includes:   June 18, 2011

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 19th day of June, 2001.



BILL JONES
Secretary of State

**EXHIBIT 26**

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**

Reg. No. 1,702,463
Registered July 21, 1992

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).
FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74-159,672, FILED 4-22-1991.

TODD BRAVERMAN, EXAMINING ATTOR-
NEY

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,705,796

Registered Aug. 4, 1992

### TRADEMARK
### PRINCIPAL REGISTER

### INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

    FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.
    OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

   SN 74-159,673, FILED 4-22-1991.

GLENN CLARK, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**Reg. No. 2,179,209**

## United States Patent and Trademark Office

Registered Aug. 4, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119 INTEL CORPO-
RATION (DELAWARE CORPORATION)

2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-
VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND
1,705,796.

SN 75-160,103, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

## United States Patent and Trademark Office

**Reg. No. 2,188,280**

**Registered Sep. 8, 1998**

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-
VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1–0–1992; IN COMMERCE
1–0–1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND
1,705,796.

SN 75–160,100, FILED 9–4–1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50**

**Reg. No. 2,194,122**

## United States Patent and Trademark Office

**Registered Oct. 6, 1998**

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA
ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).
FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.
OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75-160,174, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

Int. Cl.: **16**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, and 50**

**United States Patent and Trademark Office**

Reg. No. 2,198,880
Registered Oct. 20, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH, AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA
ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).
FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.
OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75-160,102, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,252,046

## United States Patent and Trademark Office

Registered June 8, 1999

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATSHIRTS, SWEAT
SUITS, COVERALLS, JACKETS, TIES, HEAD-
WEAR, CARDIGANS, GYM SUITS, HATS, JOG-
GING SUITS, NECKTIES, POLO SHIRTS,
INFANT ROMPERS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 12–0–1993; IN COMMERCE
12–0–1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75–978,306, FILED 10–10–1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**Reg. No. 2,497,572**

## United States Patent and Trademark Office

Registered Oct. 16, 2001

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL SPEEDSTEP

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528199

FOR: COMPUTER HARDWARE MICROPROCES-
SORS, INTEGRATED CIRCUITS, AND SEMICON-
DUCTORS; MOBILE COMPUTERS; COMPUTER
HARDWARE, COMPUTER SOFTWARE, COMPU-
TER OPERATING SYSTEMS, AND APPLICATION
SPECIFIC INTEGRATED CIRCUITS ALL TO EN-
ABLE AUTOMATIC TRANSITIONING BETWEEN
LEVELS OF VOLTAGE AND FREQUENCY PER-

FORMANCE OF THE COMPUTER PROCESSOR
AND COMPUTER SYSTEM, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 39929800.209,
FILED 5-22-1999, REG. NO. 39929800, DATED 11-18-
1999, EXPIRES 5-31-2009.

SER. NO. 75-772,621, FILED 8-10-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

**EXHIBIT 28**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,594,849
Registered July 16, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE XEON

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
COMPUTER WORKSTATIONS, NAMELY PROCES-
SORS, CENTRAL PROCESSING UNITS, COMPU-
TER MONITORS, COMPUTER KEYBOARDS,
COMPUTER PERIPHERALS, COMPUTER PRIN-
TERS; NOTEBOOK AND LAPTOP COMPUTERS;
PORTABLE COMPUTERS; MICROCOMPUTERS;
COMPUTER SERVERS; NETWORK SERVERS;
COMPUTER FIRMWARE, NAMELY, COMPUTER
OPERATING SYSTEM SOFTWARE, COMPUTER
UTILITY SOFTWARE AND OTHER COMPUTER
SOFTWARE USED TO MAINTAIN AND OPERATE
COMPUTER SYSTEM ALL STORED IN A COMPU-
TER'S READ-ONLY MEMORY- ROM- OR ELSE-
WHERE IN THE COMPUTER'S CIRCUITRY;
SEMICONDUCTORS; MICROPROCESSORS; INTE-
GRATED CIRCUITS; MICROCOMPUTERS; COM-
PUTER CHIPSETS; COMPUTER MOTHERBOARDS
AND DAUGHTERBOARDS; COMPUTER GRA-
PHICS BOARDS; COMPUTER AND TELECOMMU-
NICATIONS NETWORKING HARDWARE,
NAMELY, COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; COMPUTER
PERIPHERALS; COMPUTER KEYBOARDS, COM-
PUTER MOUSE DEVICES, NAMELY, COMPUTER
MICE, TRACKBALLS, COMPUTER JOYSTICKS
AND COMPUTER TOUCHPADS; COMPUTER
AND VIDEO MONITORS; VIDEO CIRCUIT
BOARDS; COMPUTER HARDWARE AND SOFT-
WARE FOR RECORDING, PROCESSING, RECEIV-
ING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING AND ENHANCING
SOUND, VIDEO IMAGES, GRAPHICS, AND DATA;

COMPUTER SOFTWARE AND PROGRAMS,
NAMELY, ALGORITHMS FOR THE COMPRES-
SION AND DECOMPRESSION OF DATA; COMPU-
TER COMPONENT TESTING AND CALIBRATING
APPARATUS; SET-TOP BOXES; COMPUTER PRO-
GRAMS FOR NETWORK MANAGEMENT; COM-
PUTER UTILITY PROGRAMS; COMPUTER
OPERATING SYSTEM SOFTWARE; COMPUTER
PROGRAMS FOR RECORDING, PROCESSING, RE-
CEIVING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING, AND ENHANCING
SOUND, VIDEO, IMAGES, GRAPHICS, AND DATA;
COMPUTER PROGRAMS FOR WEB PAGE DESIGN;
COMPUTER PROGRAMS FOR ACCESSING AND
BROWSING THE GLOBAL COMPUTER NETWORK
AND INTERCONNECTED COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR USE IN VIDEO CONFERENCING,
TELECONFERENCING, DOCUMENT EXCHANGE
AND EDITING, AND SOFTWARE FOR ACCESSING
AND TRANSMITTING INFORMATION VIA
CABLE, RADIO, MICROWAVE AND SATELLITE
SYSTEMS; DIGITAL AND PC CAMERAS; HEAD-
SETS; PARTS, FITTINGS, AND TESTING APPARA-
TUS FOR ALL THE AFORESAID GOODS ; AND
USER MANUALS SOLD AS A UNIT THEREWITH,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2001; IN COMMERCE 9-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 1,705,796,
AND OTHERS.

SN 75-738,458, FILED 6-28-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

EXHIBIT 30

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,931,701

**United States Patent and Trademark Office**    Registered Mar. 8, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE CENTRINO

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS, COMPUTER HARDWARE;
SEMICONDUCTORS; MICROPROCESSORS AND
SEMICONDUCTOR DEVICES; INTEGRATED CIR-
CUITS; COMPUTER CHIPSETS; COMPUTER MO-
THERBOARDS AND DAUGHTERBOARDS;
MICROCOMPUTERS; COMPUTER WORKSTA-
TIONS, NAMELY, PROCESSORS, CENTRAL PRO-
CESSING UNITS, COMPUTER FURNITURE,
COMPUTER MONITORS, KEYBOARDS, COMPU-
TER PERIPHERALS, COMPUTER PRINTERS;
SOFTWARE PROGRAMMABLE MICROPROCES-
SORS; NOTEBOOK AND LAPTOP COMPUTERS;
PORTABLE COMPUTERS; HANDHELD COMPU-
TERS; COMPUTER PERIPHERALS; PERSONAL DI-
GITAL ASSISTANTS; COMPUTER SOFTWARE FOR
USE IN PROVIDING MULTIPLE USER ACCESS TO
A GLOBAL COMPUTER INFORMATION NET-
WORK FOR SEARCHING, RETRIEVING, TRANS-
FERRING, MANIPULATING AND
DISSEMINATING A WIDE RANGE OF INFORMA-
TION; COMPUTER FIRMWARE, NAMELY, COM-
PUTER UTILITY SOFTWARE; AND OTHER
COMPUTER SOFTWARE USED TO MAINTAIN
AND OPERATE COMPUTER SYSTEM ALL
STORED IN A COMPUTER'S READ-ONLY MEM-

ORY (ROM) OR ELSEWHERE IN THE COMPU-
TER'S CIRCUITRY, AND OPERATING SYSTEM
SOFTWARE; COMPUTER AND TELECOMMUNI-
CATIONS NETWORKING HARDWARE; COMPU-
TER AND TELECOMMUNICATIONS
NETWORKING SOFTWARE FOR WIRELESS NET-
WORK COMMUNICATIONS AND CONNECTIV-
ITY; NETWORKING SERVERS; COMPUTER
NETWORK ADAPTERS, SWITCHES, ROUTERS
AND HUBS; WIRELESS AND WIRED MODEMS
AND COMMUNICATION CARDS; MOBILE TELE-
PHONES; AND PARTS THEREFOR, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30232963.3,
FILED 7-4-2002, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 1,702,463, 2,188,280,
AND OTHERS.

THE ENGLISH TRANSLATION OF THE WORD
CENTRINO IN THE MARK IS "DOILY".

SN 78-195,485, FILED 12-17-2002.

KARLA PERKINS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,978,463
Registered July 26, 2005

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS, COMPUTER HARDWARE;
SEMICONDUCTORS; MICROPROCESSORS AND
SEMICONDUCTOR DEVICES; INTEGRATED CIR-
CUITS; COMPUTER CHIPSETS; COMPUTER MO-
THERBOARDS AND DAUGHTERBOARDS;
MICROCOMPUTERS; COMPUTER WORKSTA-
TIONS, NAMELY, PROCESSORS, CENTRAL PRO-
CESSING UNITS, COMPUTER FURNITURE,
COMPUTER MONITORS, KEYBOARDS, COMPU-
TER PERIPHERALS, COMPUTER PRINTERS;
SOFTWARE PROGRAMMABLE MICROPROCES-
SORS; NOTEBOOK AND LAPTOP COMPUTERS;
PORTABLE COMPUTERS; HANDHELD COMPU-
TERS; COMPUTER PERIPHERALS; PERSONAL DI-
GITAL ASSISTANTS; COMPUTER SOFTWARE FOR
USE IN PROVIDING MULTIPLE USER ACCESS TO
A GLOBAL COMPUTER INFORMATION NET-
WORK FOR SEARCHING, RETRIEVING, TRANS-
FERRING, MANIPULATING AND
DISSEMINATING A WIDE RANGE OF INFORMA-
TION; COMPUTER FIRMWARE, NAMELY, COM-

PUTER UTILITY SOFTWARE AND OTHER
COMPUTER SOFTWARE USED TO MAINTAIN
AND OPERATE COMPUTER SYSTEM ALL
STORED IN A COMPUTER'S READ-ONLY MEM-
ORY (ROM) OR ELSEWHERE IN THE COMPU-
TER'S CIRCUITRY, AND OPERATING SYSTEM
SOFTWARE; COMPUTER AND TELECOMMUNI-
CATIONS NETWORKING HARDWARE; COMPU-
TER AND TELECOMMUNICATIONS
NETWORKING SOFTWARE FOR WIRELESS NET-
WORK COMMUNICATIONS AND CONNECTIV-
ITY; NETWORKING SERVERS; COMPUTER
NETWORK ADAPTERS, SWITCHES, ROUTERS
AND HUBS; WIRELESS AND WIRED MODEMS
AND COMMUNICATION CARDS; MOBILE TELE-
PHONES; PARTS THEREFOR, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

SN 78-198,753, FILED 12-30-2002.

APRIL L. RADEMACHER, EXAMINING ATTOR-
NEY

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

## United States Patent and Trademark Office

**Reg. No. 3,003,871**
Registered Oct. 4, 2005

### SERVICE MARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMMUNICATION SERVICES NAMELY,
PROVIDING WIRELESS ACCESS TO GLOBAL
COMMUNICATIONS NETWORKS; TELECOMMU-
NICATION CONSULTING SERVICES, IN CLASS 38
(U.S. CLS. 100, 101 AND 104).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

OWNER OF U.S. REG. NO. 2,377,327.

THE FOREIGN WORDING IN THE MARK
TRANSLATES INTO ENGLISH AS DOILY.

SER. NO. 78-382,857, FILED 3-11-2004.

DORITT L. CARROLL, EXAMINING ATTORNEY

**EXHIBIT 31**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,756,697

## United States Patent and Trademark Office    Registered Aug. 26, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL XSCALE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: MICROPROCESSORS, INTEGRATED CIR-
CUITS, AND SEMICONDUCTORS; DATA PROCES-
SING EQUIPMENT, NAMELY, COMPUTERS,
COMPUTER MONITORS, KEYBOARDS, COMPU-
TER MICE, AND MODEMS; HANDHELD COMPU-
TERS; MICROCOMPUTERS; PERSONAL DIGITAL
ASSISTANTS; CELLULAR TELEPHONES; PORTA-
BLE AND HANDHELD PERSONAL ORGANIZERS;
COMPUTER HARDWARE; COMPUTER SOFT-
WARE, NAMELY, COMPUTER UTILITY PRO-
GRAMS, COMPUTER PROGRAMS FOR
NETWORK MANAGEMENT, COMPUTER SOFT-
WARE FOR ACCESSING A GLOBAL COMPUTER
NETWORK AND INTERCONNECTED COMPUTER
NETWORKS; COMPUTER OPERATING SYSTEMS;
COMPUTER PERIPHERALS; WIRELESS AND RE-
MOTE COMPUTER PERIPHERALS; WEB APPLIAN-

CES, NAMELY, SET-TOP BOXES, COMPUTER
SERVERS, TELECOMMUNICATIONS SERVERS,
DATA AND TELECOMMUNICATIONS SIGNAL
TRANSMISSION INTERFACE DEVICES FOR AC-
CESSING A GLOBAL COMPUTER AND FOR COM-
MUNICATIONS NETWORK, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 8-23-2000; IN COMMERCE 9-27-2000.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30009966.5,
FILED 2-10-2000, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-106,896, FILED 8-9-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

**United States Patent and Trademark Office**

Reg. No. 2,784,975
Registered Nov. 18, 2003

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL NETMERGE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER SOFTWARE, NAMELY, COM-
PUTER MIDDLE WARE AND TELECOMMUNICA-
TIONS SOFTWARE FOR PROVIDING STANDARD
INTERFACES FOR VOICE, VIDEO, AUDIO, AND
NETWORK APPLICATIONS, FACSIMILE ROUT-
ING, VIDEOCONFERENCING, SWITCHING AND
SPEECH FUNCTIONALITY AND TO ALLOW FOR
STANDARD INTERFACES WITH HARDWARE;
AND COMPUTER SOFTWARE FOR USE IN FACIL-
ITATING NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

FOR: COMPUTER CONSULTATION SERVICES
AND CUSTOM COMPUTER SOFTWARE DEVEL-
OPMENT SERVICES, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30100042.5/0,
FILED 1-2-2001, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,462,327,
AND OTHERS.

SN 78-071,556, FILED 6-28-2001.

LAURA KOVAISKY, EXAMINING ATTORNEY

EXHIBIT 33

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,724,913

**United States Patent and Trademark Office**    Registered June 10, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL NETBURST

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
INTEGRATED CIRCUITS; MICROPROCESSORS;
SEMICONDUCTORS; COMPUTER PERIPHERALS;
WEB APPLIANCES, NAMELY, PERSONAL DIGI-
TAL ASSISTANTS, WEB-TABLETS, WEBPADS, AND

COMPUTER PERIPHERALS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 11-11-2000; IN COMMERCE 11-11-2000.

SN 76-068,772, FILED 6-13-2000.

SUSAN STIGLITZ, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,869,653

## United States Patent and Trademark Office

Registered Aug. 3, 2004

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL NETSTRUCTURE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: NETWORKING SOFTWARE DESIGNED TO
PROCESS HOST MEDIA TASKS ON SERVERS;
SWITCHES; ROUTERS; MEZZANINE CARDS; PRO-
CESSOR BOARDS; VPN GATEWAYS; PBX INTE-
GRATION BOARDS; COMPUTER HARDWARE
AND SOFTWARE TO TRANSLATE CALL AND
CONNECTION CONTROL SIGNALS; SWITCHING
HARDWARE DESIGNED TO ROUTE CALLS FROM
ONE NETWORK RESOURCE TO ANOTHER; XML
ACCELERATORS; NETWORKING HARDWARE

FOR MANAGING TRAFFIC AND LOAD BALAN-
CING FOR WEBSITES AND E-COMMERCE SITES,
AND ACCELERATING TRANSACTIONS; VOICE
OVER IP (VOIP) INTERFACE BOARD; CIRCUIT
BOARDS; COMPUTER SOFTWARE FOR PROVID-
ING NETWORK ACCESS; COMPUTER HARD-
WARE FOR WIRELESS APPLICATIONS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

SER. NO. 78-284,090, FILED 8-6-2003.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

Reg. No. 2,256,061

## United States Patent and Trademark Office    Registered June 22, 1999

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,546, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38, and 50**

## United States Patent and Trademark Office

**Reg. No. 2,261,580**
Registered July 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

### INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
PLUSH TOYS, DOLLS, BEAN BAGS, GAMES,
NAMELY, BOARD GAMES, STAND ALONE
VIDEO GAMES, AND CHRISTMAS ORNA-
MENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND
50).

FIRST USE 10-0-1995; IN COMMERCE
10-0-1995.

SN 75-371,544, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,289,657

Registered Oct. 26, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOXES FOR PENS, TAB-
LETS, NOTE CARDS AND PLAYING CARDS,
SELF-ADHESIVE PADS, DESK PADS, AND
CALENDAR PADS, PENS, PENCILS, FOLD-
ERS, PHOTOGRAPH STANDS, RULERS,
MARKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23,
29, 37, 38 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-978,352, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,451,273
Registered May 15, 2001

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SOFTWARE FOR USE IN OPERATING AND MAIN-
TAINING COMPUTER SYSTEMS; SEMICONDUC-
TORS; MICROPROCESSORS; INTEGRATED
CIRCUITS; MICROCOMPUTERS; COMPUTER
CHIPSETS; COMPUTER MOTHERBOARDS AND
DAUGHTERBOARDS; COMPUTER GRAPHICS
BOARDS; COMPUTER PERIPHERALS AND ELEC-
TRONIC APPARATUS FOR USE WITH COMPU-
TERS; KEYBOARDS; TRACKBALLS; COMPUTER
MOUSE DEVICES; COMPUTER INPUT DEVICES;
COMPUTER MONITORS; VIDEO APPARATUS; VI-
DEO CIRCUIT BOARDS; APPARATUS AND EQUIP-
MENT FOR RECORDING, PROCESSING,
RECEIVING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING AND/OR ENHAN-
CING SOUND, VIDEO IMAGES, GRAPHICS, AND
DATA; COMPUTER UTILITY PROGRAMS; COM-
PUTER OPERATING SYSTEM SOFTWARE; COM-
PUTER PROGRAMS FOR RECORDING
PROCESSING, RECEIVING, REPRODUCING,
TRANSMITTING, MODIFYING, COMPRESSING,
DECOMPRESSING, BROADCASTING, MERGING,
AND/OR ENHANCING SOUND, VIDEO, IMAGES,
GRAPHICS, AND DATA; COMPUTER PROGRAMS
FOR WEB PAGE DESIGN; COMPUTER PROGRAMS
FOR ACCESSING AND USING A GLOBAL COM-
PUTER NETWORK; AND USER MANUALS FOR
USE WITH, AND SOLD AS A UNIT WITH, ALL THE
AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,489, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,547,565
Registered Mar. 12, 2002

## SERVICE MARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER-RELATED AND COMMUNI-
CATIONS-RELATED SERVICES, NAMELY, SUP-
PORT AND CONSULTING SERVICES FOR
COMPUTER-RELATED AND COMMUNICA-
TIONS-RELATED GOODS; PROVIDING INFORMA-
TION IN THE FIELD OF COMPUTER
TECHNOLOGY VIA THE GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE PUBLICA-
TIONS, NAMELY, BOOKS, BROCHURES, WHITE
PAPERS, CATALOGS AND PAMPHLETS IN THE
FIELDS OF COMPUTER AND INFORMATION
TECHNOLOGY; DESIGNING AND DEVELOPING

STANDARDS FOR OTHERS IN THE DESIGN AND
IMPLEMENTATION OF COMPUTER SOFTWARE,
COMPUTER HARDWARE AND TELECOMMUNI-
CATIONS EQUIPMENT; COMPUTER SOFTWARE,
COMPUTER HARDWARE AND NETWORK DE-
SIGN SERVICES, IN CLASS 42 (U.S. CLS. 100 AND
101).

FIRST USE 1-0-1994; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,488, FILED 12-31-1997.

PATRICIA HORRALL, EXAMINING ATTORNEY

Int. Cls.: 9 and 38

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, and 104

**United States Patent and Trademark Office**

Reg. No. 2,942,936
Registered Apr. 19, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM SOFT-
WARE; COMPUTER OPERATING PROGRAMS;
COMPUTER SYSTEM EXTENSIONS, TOOLS AND
UTILITIES IN THE FIELD OF APPLICATION SOFT-
WARE FOR CONNECTING PERSONAL COMPU-
TERS, NETWORKS, TELECOMMUNICATIONS
APPARATUS AND GLOBAL COMPUTER NET-
WORK APPLICATIONS; AUDIO AND VIDEO GRA-
PHICS FOR REAL TIME INFORMATION AND
IMAGE TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
HARDWARE; INTEGRATED CIRCUITS; INTEGRA-
TED CIRCUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
COMPUTER HARDWARE, NAMELY MICROPRO-
CESSORS; PRINTED CIRCUIT BOARDS; ELECTRO-
NIC CIRCUIT BOARDS; COMPUTER MEMORY
HARDWARE; SEMICONDUCTOR MEMORY
HARDWARE; VIDEO CIRCUIT BOARDS; AUDIO
CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT
BOARDS; VIDEO GRAPHIC ACCELERATORS;
MULTIMEDIA ACCELERATORS; VIDEO PROCES-
SORS; MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND RE-
CEIPT OF FACSIMILES; COMPUTER HARDWARE
AND SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND WIDE
AREA COMPUTER NETWORKS; COMPUTER
HARDWARE AND SOFTWARE FOR THE DEVEL-
OPMENT, MAINTENANCE, AND USE OF INTER-
ACTIVE AUDIO-VIDEO COMPUTER
CONFERENCE SYSTEMS; COMPUTER HARD-
WARE AND SOFTWARE FOR THE RECEIPT, DIS-
PLAY, AND USE OF BROADCAST VIDEO, AUDIO,
AND DIGITAL DATA SIGNALS; COMPUTER NET-
WORK ROUTERS; HUBS; SERVERS; SWITCHES;
COMPUTER FIRMWARE, NAMELY COMPUTER
OPERATING SYSTEMS SOFTWARE; COMPUTER
HARDWARE, NAMELY FIXED FUNCTION SER-
VERS; COMPUTER NETWORKING HARDWARE;
SEMICONDUCTOR DEVICES; COMPUTER HARD-
WARE AND SOFTWARE FOR CREATING, FACIL-
ITATING, AND MANAGING REMOTE ACCESS TO
AND COMMUNICATION WITH LOCAL AREA
NETWORKS, VIRTUAL PRIVATE NETWORKS,
WIDE AREA NETWORKS AND GLOBAL COMPU-
TER NETWORKS; ROUTER, SWITCH, HUB AND
SERVER OPERATING SOFTWARE; COMPUTER
SOFTWARE FOR USE IN PROVIDING MULTIPLE
USER ACCESS TO A GLOBAL COMPUTER INFOR-
MATION NETWORK FOR SEARCHING, RETRIEV-
ING, TRANSFERRING, MANIPULATING AND
DISSEMINATING A WIDE RANGE OF INFORMA-
TION; COMPUTER SOFTWARE TOOLS FOR THE
FACILITATION OF THIRD PARTY SOFTWARE
APPLICATIONS; COMPUTER HARDWARE AND
SOFTWARE FOR WIRELESS NETWORK COMMU-
NICATIONS; AND MANUALS SOLD AS A UNIT
AND DOWNLOADABLE FROM A GLOBAL COM-
PUTER NETWORK, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

FOR: TELECOMMUNICATIONS VIA A GLOBAL NETWORK OF COMPUTERS WITH THE EXCEPTION OF SATELLITE COMMUNICATIONS; MULTIMEDIA COMMUNICATIONS AND DIGITAL COMMUNICATIONS SERVICES, NAMELY, BROADCAST, TRANSMISSION, AND RECEIPT OF INTERACTIVE AND NON-INTERACTIVE AUDIO, VIDEO, AND DIGITAL SIGNALS; ELECTRONIC TRANSMISSION AND RECEIPT OF INTERACTIVE AND NON-INTERACTIVE VOICE, DATA, IMAGES, PAGING MESSAGES, FACSIMILES, AND INFORMATION; TELECONFERENCING SERVICES; VIDEOCONFERENCING SERVICES; CHAT ROOM AND INSTANT MESSAGING SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

SN 78-198,761, FILED 12-30-2002.

JEFF DEFORD, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,015,061

Registered Nov. 15, 2005

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SEMICONDUCTORS; MICROPROCESSORS AND
OTHER SEMICONDUCTOR DEVICES; INTEGRA-
TED CIRCUITS; COMPUTER CHIPSETS; COMPU-
T E R   M O T H E R B O A R D S   A N D
DAUGHTERBOARDS; MICROCOMPUTERS; COM-
PUTER WORKSTATIONS; SOFTWARE PROGRAM-
MABLE PROCESSORS; NOTEBOOK AND LAPTOP
COMPUTERS; PORTABLE COMPUTERS; HAND-
HELD COMPUTERS; COMPUTER PERIPHERALS;
COMPUTER SOFTWARE; COMPUTER FIRM-
WARE, NAMELY, COMPUTER UTILITY SOFT-
WARE AND OTHER COMPUTER SOFTWARE
USED TO MAINTAIN AND OPERATE COMPUTER
SYSTEM ALL STORED IN A COMPUTER'S READ-
ONLY MEMORY (ROM) OR ELSEWHERE IN THE
COMPUTER'S CIRCUITRY, AND OPERATING SYS-
TEM SOFTWARE; COMPUTER AND TELECOM-

MUNICATIONS NETWORKING HARDWARE AND
SOFTWARE; COMPUTER AND NETWORK SER-
VERS; COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; WIRELESS
AND WIRED MODEMS AND COMMUNICATION
CARDS AND DEVICES; TESTING APPARATUS
FOR TESTING PRINTED CIRCUIT BOARDS PARTS
AND FITTINGS FOR THE AFOREMENTIONED
GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-14-2002; IN COMMERCE 11-14-2002.

OWNER OF U.S. REG. NOS. 2,155,197, 2,451,273
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "HT" AND "4" , APART FROM
THE MARK AS SHOWN.

SER. NO. 78-390,770, FILED 3-25-2004.

LA TONIA FISHER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,017,448
Registered Nov. 22, 2005

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SEMICONDUCTORS; MICROPROCESSORS AND
OTHER SEMICONDUCTOR DEVICES; INTEGRA-
TED CIRCUITS; COMPUTER CHIPSETS; COMPU-
TER MOTHERBOARDS AND
DAUGHTERBOARDS; MICROCOMPUTERS; COM-
PUTER WORKSTATIONS; SOFTWARE PROGRAM-
MABLE PROCESSORS; NOTEBOOK AND LAPTOP
COMPUTERS; PORTABLE COMPUTERS; HAND-
HELD COMPUTERS; COMPUTER PERIPHERALS;
COMPUTER SOFTWARE; COMPUTER FIRM-
WARE, NAMELY, COMPUTER UTILITY SOFT-
WARE AND OTHER COMPUTER SOFTWARE
USED TO MAINTAIN AND OPERATE COMPUTER
SYSTEM ALL STORED IN A COMPUTER'S READ-
ONLY MEMORY (ROM) OR ELSEWHERE IN THE
COMPUTER'S CIRCUITRY, AND OPERATING SYS-
TEM SOFTWARE; COMPUTER AND TELECOM-

MUNICATIONS NETWORKING HARDWARE AND
SOFTWARE; COMPUTER AND NETWORK SER-
VERS; COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; WIRELESS
AND WIRED MODEMS AND COMMUNICATION
CARDS AND DEVICES; TESTING APPARATUS
FOR TESTING PRINTED CIRCUIT BOARDS PARTS
AND FITTINGS FOR THE AFOREMENTIONED
GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-14-2002; IN COMMERCE 11-14-2002.

OWNER OF U.S. REG. NOS. 2,155,197, 2,451,273
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "HT", "EDITION" AND "4", APART
FROM THE MARK AS SHOWN.

SER. NO. 78-390,821, FILED 3-25-2004.

LA TONIA FISHER, EXAMINING ATTORNEY

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

*Via fax*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| INTEL CORPORATION | 2008 JUL 16 PM 3:56 |
| | BARRY HOOD dba INTELLELECTRIC |

**(b)** County of Residence of First Listed Plaintiff <u>Santa Clara</u>
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant <u>San Diego</u>
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Jedediah Wakefield       Karen Webb
FENWICK & WEST LLP       FENWICK & WEST LLP
555 California Street, 12th Floor    Silicon Valley Center
San Francisco, CA 94104       801 California Street
(415) 875 2300            Mountain View, CA 94041
                (650) 988-8500

Attorneys (If Known)

BY _____ DEPUTY

'08 CV 1281 W AJB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 730 Labor/Mgmt. Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 870 Taxes (U.S. Plaintiff | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | or Defendant) | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | **IMMIGRATION** | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - | | ☐ 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Lanham Act (15 U.S.C §§ 1051-1127 et seq.), federal false designation of origin law (15 U.S.C. § 1125 (a)), the Trademark Dilution Revision Act (15 U.S.C. § 1125(c)), California Business and Professions Code Sections 14330, 14335, and 17200, and the common law doctrines of passing off and unfair competition.

Brief description of cause:
Complaint for damages and injunctive relief for violation of Intel Corporation's trademark and common law rights

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE
July 16, 2008

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 152089    AMOUNT $350    APPLYING IFP ____    JUDGE ____    MAG. JUDGE ____

SAC    7/16/08

American LegalNet, Inc.
www.FormsWorkflow.com

JS 44 Reverse  (Rev. 12/07)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.      **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

    (b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

    (c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.     **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.     **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.      **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.     **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**          Example:          U.S. Civil Statute: <u>47 USC 553</u>
                                                                    Brief Description: <u>Unauthorized reception of cable service</u>

VII.    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.   **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 153089    – TC**

**July 16, 2008
15:50:08**

**Civ Fil Non-Pris**
USAO #.: 08CV1281
Judge..: THOMAS J WHELAN
Amount.:                    $350.00 CK
Check#.: BC10398

**Total–>  $350.00**

FROM: INTEL CORP
        VS
        BARRY HOOD DBA INTELLELECTRIC

AO 120 (Rev.3/04)

| TO:    **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290  and/or 15 U.S.C. § 1116 you are hereby advised
that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO.<br><br>08cv1281 W AJB | DATE FILED<br><br>07/16/08 | U.S. DISTRICT COURT<br><br>Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>Intel Corporation, a Delaware corporation | DEFENDANT<br><br>Barry Hood dba Intellectric | |

| **PATENT OR**<br>**TRADEMARK NO.** | **PATENT OR**<br>**TRADEMARK NO.** | **PATENT OR**<br>**TRADEMARK NO.** |
|---|---|---|
| 1    914,978 | 6    1,723, 243 | 11    2,251,961 |
| 2    938,772 | 7    1,725,692 | 12    2,250,491 |
| 3    939,641 | 8    2,171,778 | 13    2,254,525 |
| 4    1,022,563 | 9    2,194,121 | 14    2,261,531 |
| 5    1,573,324 | 10    2,251,962 | 15    2,276,580 |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **PATENT OR**<br>**TRADEMARK NO.** | **PATENT OR**<br>**TRADEMARK NO.** | **PATENT OR**<br>**TRADEMARK NO.** |
| 1 | 6 | 11 |
| 2 | 7 | 12 |
| 3 | 8 | 13 |
| 4 | 9 | 14 |
| 5 | 10 | 15 |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br><br>W. Samuel Hamrick, Jr. | (BY) DEPUTY CLERK | DATE |
|---|---|---|

AO 120 (Rev.3/04)

| TO:      **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised
that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO.<br><br>08cv1281 W AJB | DATE FILED<br><br>07/16/08 | U.S. DISTRICT COURT<br><br>Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>Intel Corporation, a Delaware corporation | | DEFENDANT<br><br>Barry Hood dba Intellectric |

| **PATENT OR<br>TRADEMARK NO.** | **PATENT OR<br>TRADEMARK NO.** | **PATENT OR<br>TRADEMARK NO.** |
|---|---|---|
| 1  2,446,693 | 6  3,136,102 | 11 |
| 2  2,462,327 | 7  3,173,391 | 12 |
| 3  2,585,551 | 8  94220 | 13 |
| 4  2,742,174 | 9  94221 | 14 |
| 5  3,029,954 | 10 | 15 |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **PATENT OR<br>TRADEMARK NO.** | **PATENT OR<br>TRADEMARK NO.** | **PATENT OR<br>TRADEMARK NO.** |
| 1 | 6 | 11 |
| 2 | 7 | 12 |
| 3 | 8 | 13 |
| 4 | 9 | 14 |
| 5 | 10 | 15 |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br><br>W. Samuel Hamrick, Jr. | (BY) DEPUTY CLERK | DATE |
|---|---|---|