Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 17 PM 2:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: EQ  DEPUTY

INTEL CORPORATION,
A DELAWARE CORPORATION,
PLAINTIFF  vs
BARRY HOOD, DBA
INTEL ELECTRIC,
DEFENDANT

SUMMONS IN A CIVIL ACTION

Case No.

08 CV 1281 W (AJB)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jedediah Wakefield   [Tel: (415) 875-2300]
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

Karen Webb   [Tel: (650) 988-8500]
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUL 17 2008
DATE

By _____LLOYD_____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CK