AO 120 (Rev.3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 08cv1281 W AJB | 07/16/08 | Southern District of California |

| PLAINTIFF | DEFENDANT |
|---|---|
| Intel Corporation, a Delaware corporation | Barry Hood dba Intellectric |

| | PATENT OR TRADEMARK NO. | | PATENT OR TRADEMARK NO. | | PATENT OR TRADEMARK NO. |
|---|---|---|---|---|---|
| 1 | 914,978 | 6 | 1,723, 243 | 11 | 2,251,961 |
| 2 | 938,772 | 7 | 1,725,692 | 12 | 2,250,491 |
| 3 | 939,641 | 8 | 2,171,778 | 13 | 2,254,525 |
| 4 | 1,022,563 | 9 | 2,194,121 | 14 | 2,261,531 |
| 5 | 1,573,324 | 10 | 2,251,962 | 15 | 2,276,580 |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | | PATENT OR TRADEMARK NO. | | PATENT OR TRADEMARK NO. |
|---|---|---|---|---|---|
| 1 | | 6 | | 11 | |
| 2 | | 7 | | 12 | |
| 3 | | 8 | | 13 | |
| 4 | | 9 | | 14 | |
| 5 | | 10 | | 15 | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| W. Samuel Hamrick, Jr. | | |

AO 120 (Rev.3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO.<br>08cv1281 W AJB | DATE FILED<br>07/16/08 | U.S. DISTRICT COURT<br>Southern District of California |
|---|---|---|
| PLAINTIFF<br>Intel Corporation, a Delaware corporation | | DEFENDANT<br>Barry Hood dba Intellectric |

| | PATENT OR<br>TRADEMARK NO. | | PATENT OR<br>TRADEMARK NO. | | PATENT OR<br>TRADEMARK NO. |
|---|---|---|---|---|---|
| 1 | 2,446,693 | 6 | 3,136,102 | 11 | |
| 2 | 2,462,327 | 7 | 3,173,391 | 12 | |
| 3 | 2,585,551 | 8 | 94220 | 13 | |
| 4 | 2,742,174 | 9 | 94221 | 14 | |
| 5 | 3,029,954 | 10 | | 15 | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | | PATENT OR<br>TRADEMARK NO. | | PATENT OR<br>TRADEMARK NO. |
|---|---|---|---|---|---|
| 1 | | 6 | | 11 | |
| 2 | | 7 | | 12 | |
| 3 | | 8 | | 13 | |
| 4 | | 9 | | 14 | |
| 5 | | 10 | | 15 | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br>W. Samuel Hamrick, Jr. | (BY) DEPUTY CLERK | DATE |
|---|---|---|