JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

KAREN WEBB (CSB NO. 233370)
kwebb@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff
INTEL CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BARRY HOOD dba INTELLELECTRIC, <br><br> Defendant. | Case No. 08 CV 1281 W (AJB) <br><br> **PLAINTIFF INTEL CORPORATION FED. R. CIV. PROC. 7.1(a) AND CIVIL L.R. 3-16 DISCLOSURE STATEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Intel Corporation discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. Pursuant to Civil Local Rule 3-16 the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 22, 2008

Respectfully submitted,

FENWICK & WEST LLP

By: /s/Jedediah Wakefield

Attorneys for Plaintiff
INTEL CORPORATION

JEDEDIAH WAKEFIELD
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

KAREN WEBB (CSB NO. 233370)
kwebb@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200