1 JEDEDIAH WAKEFIELD (CSB NO. 178058)
  jwakefield@fenwick.com
2 FENWICK & WEST LLP
  555 California Street, 12th Floor
3 San Francisco, CA 94104
  Telephone: (415) 875-2300
4 Facsimile: (415) 281-1350

5 KAREN WEBB (CSB NO. 233370)
  kwebb@fenwick.com
6 FENWICK & WEST LLP
  Silicon Valley Center
7 801 California Street
  Mountain View, CA 94041
8 Telephone: (650) 988-8500
  Facsimile: (650) 938-5200
9

10 Attorneys for Plaintiff
   INTEL CORPORATION
11

12                    UNITED STATES DISTRICT COURT

13                    SOUTHERN DISTRICT OF CALIFORNIA

14                           SAN DIEGO DIVISION

15 INTEL CORPORATION, a Delaware    ) Case No. 08 CV 1281 W (AJB)
   corporation,                      )
16                                   ) **JOINT MOTION FOR EXTENSION OF**
              Plaintiff,             ) **TIME FOR DEFENDANT TO ANSWER**
17     vs.                           ) **COMPLAINT**
                                     )
18 BARRY HOOD dba INTELLELECTRIC,    )
                                     )
19            Defendant.             )
                                     )
20 _____)

21     Plaintiff Intel Corporation and Defendant Barry Hood dba Intellelectric hereby stipulate and

22 jointly move the Court to enlarge the time within which Defendant may answer Intel Corporation's

23 Complaint for Damages and Injunctive Relief to and including September 17, 2008.

24     The parties seek this extension of time not for delay, but for good cause and in the interests of

25 judicial economy.

26

27     Accordingly, the parties respectfully request that the Court enter an order extending Defendant

28 Barry Hood dba Intellelectric time to answer Intel Corporation's Complaint for Damages and

1  Injunctive Relief until September 17, 2008. An order reflecting the requested relief is attached for the
2  Court's convenience.
3  Dated: August 15, 2008

Respectfully submitted,

FENWICK & WEST LLP

By: /s/Jedediah Wakefield

Attorneys for Plaintiff
INTEL CORPORATION

JEDEDIAH WAKEFIELD
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

KAREN WEBB (CSB NO. 233370)
kwebb@fenwick.com
ERIC BALL (CSB NO. 241327)
eball@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Dated: August 16, 2008

Respectfully submitted,

By: _____
Defendant

BARRY HOOD dba INTELLELECTRIC
316 Palomino Road
Fallbrook, CA 92028
Telephone: (760) 594-4565

Joint Motion for Extension of Time for Defendant to
Answer Complaint                          -2-                           Case No. 08 CV 1281 W (AJB)

**PROOF OF SERVICE**

The undersigned declares as follows:

I am a citizen of the United States and employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, California 94041. On the date set forth below, I served a copy of the following document(s):

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT
TO ANSWER COMPLAINT**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

> Barry Hood dba Intellelectric
> 316 Palomino Road
> Fallbrook, CA 92028
> Facsimile: (760) 451-3289
> Telephone: (760) 594-4565

☐ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☒ **BY OVERNIGHT COURIER:** by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

☐ **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

☐ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

☐ **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: August 18, 2008

_____
Teresa Chow

---

Joint Motion for Extension of Time for Defendant to
Answer Complaint

Case No. 08 CV 1281 W (AJB)