# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION,<br><br>                          Plaintiff,<br><br>  v.<br><br>BARRY HOOD dba INTELLECTRIC,<br><br>                         Defendant. | Case No: 08-CV-1281 W (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE FOR FILING RESPONSIVE PLEADING [DOC. NO. 6]** |

Pending before the Court is the parties' joint motion for an extension of time to respond to the complaint. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion (Doc. No. 6). Defendants' responsive pleading is due on or before September 17, 2008.

**IT IS SO ORDERED.**

DATED: August 18, 2008

                                                Hon. Thomas J. Whelan
                                                United States District Judge