FILED
2009 JAN -9 AM 8:26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BARRY HOOD dba INTELLELECTRIC,<br><br>　　　　　Defendant. | Case No. 08 CV 1281 W (AJB)<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION AND FINAL JUDGMENT** |

　　The Court, having considered the Joint Motion for Entry of Permanent Injunction and Final Judgment, hereby GRANTS the Joint Motion and it is HEREBY ORDERD as follows:

　　(1)　　Pursuant to 15 U.S.C. § 1116, Intellelectric and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with Intellelectric shall be, and hereby are, PERMANENTLY ENJOINED and restrained from:

　　　　(a)　　using the name or mark "Intellelectric," and any trade name, trademark, service mark, slogan, title, Internet domain name, and/or other designation that incorporates the INTEL mark, or is confusingly similar to or a colorable imitation of the INTEL mark, including;

  (b) using the INTEL mark in any manner likely to cause others to believe that any product or service that Intellelectric advertises, displays or offers is connected or associated with or approved, sponsored or endorsed by Intel;

  (c) using the INTEL mark in any manner that will tarnish, blur, or dilute the distinctive quality of the famous INTEL mark; and

  (d) committing any other acts calculated to cause purchasers to believe that Intellelectric's products or services are Intel's INTEL-branded products or services or are connected or associated with or approved, sponsored or endorsed by Intel.

(2) Intellelectric shall take all steps necessary to cancel or remove the name Intellelectric from the business records of the County of San Diego and otherwise take all steps necessary to change Intellelectric's business name.

(2) A Final Judgment on the merits regarding the above captioned matter between Plaintiff Intel Corporation and Defendant Barry Hood dba Intellelectric is hereby entered in Plaintiff's favor.

(3) The above captioned matter is dismissed, and no further action will be taken or will be necessary. Notwithstanding the foregoing, the Court shall have continuing jurisdiction to enforce the Joint Motion for Entry of Permanent Injunction and Final Judgment and this Order.

(4) Each party shall bear its own costs and attorneys' fees in connection with this action.

IT IS SO ORDERED.

Dated: January 6, 2009

            _____
            United States District Court Judge